UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOROTHEA PAVLOV, et al., | ) | CASE NO. 5:07CV2580 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| | ) | |
| CONTINENTAL CASUALTY CO., | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, Plaintiffs' motion for approval of the settlement class and the Settlement Agreement (Doc. No. 93) is **GRANTED**, in full. The Settlement Agreement is hereby **APPROVED**, inasmuch as it is a fair and reasonable resolution of this litigation. All terms of the proposed settlement are **APPROVED**. This case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this file.

**IT IS SO ORDERED**.

Dated: October 7, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Sara Lioi
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**